Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Darnell Fonder** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 18-2281 |
| | ) |
| **Joseph Martinez and** | ) |
| **Michael Shreffler** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**Dated: 5/1/19**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court